**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:  Robin K Wilder<br>Justin Strowder<br><br>Debtors | Case no. 18-35624<br><br>Chapter 13<br><br>Judge:  A. Benjamin Goldgar |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Robin K Wilder  
Justin Strowder  
2216 Gilead Ave  
Zion, IL  60099

David M Siegel  
790 Chaddick Dr  
Wheeling, IL 60090

Please take notice that on Friday, December 6, 2019 at 10:00 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar at the Park City Branch Court, 301 Greenleaf Ave, Rm B, Park City, IL 60085 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Tuesday, November 12, 2019.

/s/ Carrie ODonnell  
For:  Glenn Stearns, Trustee

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307 (c)(6), and in support thereof, states the following:

1. The debtors filed a petition under the Bankruptcy Code on December 28, 2018.
2. The debtors plan was confirmed on March 22, 2019.

A Summary of the debtors plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $1,175.00 | Last Payment Received: | September 04, 2019 |
| Amount Paid: | $8,619.26 | Amount Delinquent: | $3,080.74 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtors with respect to the term of a confirmed plan, pursuant to Section 1307 (c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL  60532-4350  
Ph:  (630) 981-3888

/s/  Glenn Stearns  
For:  Glenn Stearns, Trustee